UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re                                                                                    Chapter 7

William Curtis Wood,                                                      Case No. 24-11718-dsj

                Debtor.
----------------------------------------------------------------X

## ORDER

      Creditor Tamara Fox (the "Creditor"), by her counsel of record Lee Anav Chung White Kim Ruger & Richer LLP, having moved by a *Motion*, dated July 30, 2025, seeking relief from the automatic stay under Section 362 of the Bankruptcy Code (the "Motion") in order to continue the pending matrimonial action captioned *William Wood v. Tamara Fox* in the Supreme Court of the State of New York, County of New York (the "State Court"), under Index No. 365159/2020 (the "Matrimonial Action"); and debtor William Curtis Wood (the "Debtor"), by his counsel of record Kirby Aisner & Curley LLP, having submitted *Debtor's Limited Response to Motion of Tamara Fox for Relief from the Automatic Stay*, dated August 14, 2025 (the "Limited Response") which, inter alia, expressed that the Debtor had no objection to the relief sought; and the Motion having come before this Court on the 21st day of August, 2025; and Michael D. Brofman, Esq. of Weiss Zarett Brofman Sonnenklar & Levy, P.C., of counsel to Lee Anav Chung White Kim Ruger & Richter LLP, having appeared in support of the Motion, and Dawn Kirby, Esq. of Kirby Aisner & Curley LLP having appeared in support of the Limited Response and expressing no objection to the relief sought; and on the record made before me on that date; and just cause exists to grant the relief requested under Section 362 (d)(1) of the Bankruptcy Code; it is

      ORDERED, that the Motion is granted to the extent of: (i) **granting relief from the automatic stay under Section 362(d)(1) of the Bankruptcy Code to permit the Creditor to**

1

**enforce the state court's July 29, 2024 Order directing Debtor to pay the Creditor's counsel fee award to the extent of $70,000 from assets not part of the Debtor's bankruptcy estate; and (ii)** modifying the automatic stay to continue the Matrimonial Action with respect to the actions set forth in Sections 362(b)(2)(A) through (G) **[DSJ 9/8/25]**.

Dated: New York, New York
      September 8, 2025

                                                    */s/ David S. Jones*
                                        HONORABLE DAVID S. JONES
                                        UNITED STATES BANKRUPTCY JUDGE