KIRBY AISNER & CURLEY LLP
*Attorneys for the Debtor*
700 White Plains Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Dawn Kirby, Esq.
dkirby@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

WILLIAM CURTIS WOOD,

                 Debtor.

-----------------------------------------------------------X

Chapter 7
Case No. 24-11718 (DSJ)

## DEBTOR'S DECLARATION OF NON-PARTICIPATION CONCERNING ANONYMOUS LETTER FILED AT ECF 39

DR. WILLIAM WOOD, being duly sworn, deposes and says:

1.    I submit this declaration in connection with the letter dated July 4, 2025 filed by "Anonymous" which is located at ECF No. 39.

2.    I respectfully state for the record that I has had no knowledge of, involvement with, input to, or association with any third-party or anonymous filings, including amicus letters, grievance communications, or any references to my divorce, matrimonial, or bankruptcy proceedings entered in this bankruptcy case, the matrimonial case involving me and Dr. Tamara Fox, or referenced in any appellate or related proceedings, including but not limited to filings made by other litigants in separate cases.

3.    Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       September 24, 2025

*/s/ William Wood*
_____
DR. WILLIAM WOOD