USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

WILLIAM CURTIS WOOD,

Debtor.

------------------------------------------------------------X

WILLIAM CURTIS WOOD,

Appellant,

v.

TAMARA FOX,

Appellee.

------------------------------------------------------------X

**MEMORANDUM ENDORSED**

Re:   In re William Curtis Wood (Case No. 1:25-cv-04722-GHW)
      In re William Curtis Wood (Case No. 1:25-cv-05964-GHW)
      Appeals from Bankruptcy Case No. 24-11718 (DSJ)

**Letter Consenting to Dismissal of Duplicative Appeal (Case No. 1:25-cv-05964-GHW)**

Dated: September 22, 2025

Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Woods:

    I write to unconditionally consent to dismissal of the duplicative appeal, Case No. 1:25-cv-05964-GHW, pursuant to the court's prior instruction. Thank you for considering this request.

1

Respectfully submitted,

/s/ William Curtis Wood

_____

William Curtis Wood
250 West 104th Street, Apt. 61
New York, NY 10025
(917) 885-9444
williamcwoodnyc@gmail.com
Pro Se Appellant

CC (via ECF): Michael M. Yi, Esq.

The Court understands that Appellant wishes to voluntarily dismiss this appeal, 25cv5964, because it is duplicative of his earlier filed appeal, 25cv4722. Appellee joins in this request. *See* 25cv4722 Dkt. No. 17. Accordingly, this case, 25cv5964, is dismissed pursuant to Fed. R. Bankr. P. 8023(b). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: September 23, 2025  _____
New York, New York               GREGORY H. WOODS
                                 United States District Judge